No. 617. STEWART *v.* ST. SURE, U. S. DISTRICT JUDGE. January 29, 1940. Petition for writ of certiorari to the Circuit Court of Appeals for the Ninth Circuit, and motion for leave to proceed further *in forma pauperis,* de-